IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Darren S. Simmons, ) | Civil Action No.: 5:13-644-RMG |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| William R. Byars, Jr., Agency Director; ) | |
| Thomas E. Bryne, MD, John B. McRee, MD; ) | |
| Doctor Moore, MD; Janine Wresicics, RN; ) | |
| Terry L. Andrews, RN; Ms. P. Derrick, RN; ) | |
| Warden John M. Pate; A/W Newton, Major ) | |
| Worrick; Ms. Cindy Sanders, Admin. ) | |
| Assistance; John H. Carmichael, Jr.; ) | |
| ) | |
| Defendants. ) | |
| ) | |

Plaintiff has filed three motions for temporary restraining orders, (Dkt. Nos. 78, 86, 93), requesting certain defendants be restrained from going within 20 feet of him, provide him with adequate food, transfer him to a 24-hour medical facility, and to take corrective actions against certain prison personnel. The Magistrate Judge then issued a Report and Recommendation ("R&R") recommending this Court deny Plaintiff's motions, (Dkt. No. 101), and Plaintiff filed objections, (Dkt. No. 116). Having reviewed the R&R and Plaintiff's objections, the Court finds that no part of the R&R is clearly erroneous or contrary to law and therefore agrees with and adopts the R&R as the order of the Court. Fed. R. Civ. P. 72(a). Accordingly, Plaintiff's motions for temporary restraining orders, (Dkt. Nos. 78, 86, 93), are DENIED.

AND IT IS SO ORDERED.

Richard Mark Gergel
United States District Court Judge

August 15, 2013
Charleston, South Carolina

1